**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1145

Brady Bass

- - Versus - -

DISA Global Solutions, Inc., Convenient Care, L.L.C. d/b/a
Total Occupational Medicine, Randy B. Barnett, D.O., and
Psychemedics Corporation

19th Judicial District Court
Case #: 661547
East Baton Rouge Parish

On Application for Rehearing filed on 06/26/2020 by Convenient Care, LLC, etc
Rehearing _____ *Denied* _____

*Toni Higginbotham*
Toni Manning Higginbotham

*Allison Penzato*
Allison H. Penzato

*Walter Lanier III*
Walter I. Lanier, III

Date __JUL 1 7 2020__

*Peggy J. Landry*
Rodd Naquin, Clerk